UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| DEPLOYMENT MEDICINE CONSULTANTS, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RHYS WILLIAMS, an individual,<br><br>Defendant. | CASE NO.: 2:11-cv-01097-LRH -PAL<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE** |

DEPLOYENT MEDICINE CONSULTANTS, INC., ("Plaintiff") and RHYS WILLIAMS ("Defendant") (collectively the "Parties), by and through their undersigned counsel hereby stipulate and agree as follows:

1. The above-entitled action is hereby dismissed WITHOUT PPREJUDICE;

2. For a period of two years to begin from the Entry of Order, the running of any statutes of limitations and/or time based defenses to any and all claims or counterclaims the Parties may have against each other is hereby tolled as of the date of this Stipulation and Order until such time as one Party initiates litigation against the other by actual service of a summons and complaint (i.e., not by publication or by mail) in compliance with applicable rules for service of process upon the other Party.

/ / /

/ / /

/ / /

2. The Parties Agree to pay their own costs and fees incurred in this action.

Dated this 7th day of November, 2011.

| JACKSON LEWIS LLP | ARMSTRONG TEASDALE LLP |
|---|---|
| By: /s/ Jeffrey D. Winchester, Esq.<br>Jeffrey D. Winchester, Esq.<br>3960 Howard Hughes Pkwy., Suite 450<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant*<br>*Rhys Williams* | By: /s/ R. Douglas Kurdziel, Esq.<br>R. Douglas Kurdziel, Esq.<br>3770 Howard Hughes Pkwy., Suite 200<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiff*<br>*Deployment Medicine Consultants, Inc.* |

**IT IS SO ORDERED.**

DATED this 8th day of November, 2011

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2